THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOROTHY MERBER, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued May 31, 1951; decided July 11, 1951.

*Sol Pottish, Harry L. Ettinger* and *James J. Moroney* for appellant.

*John P. McGrath, Corporation Counsel* (*Edith I. Spivack, Imre Schwarz* and *Morris Handel* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.